UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-22012-BB

JORDAN THOMAS, individually and on
Behalf of all others similarly situated,

        Plaintiff,

v.

LIBERTY HOME GUARD LLC

        Defendant.
_____/

**JOINT MOTION FOR SUBSTITUTION OF COUNSEL**

Under Local Rule 7.1(a)(1)(F) and 11.1(d)(3), Defendant Liberty Home Guard, LLC, hereby respectfully request this Court to enter an Order substituting Watstein Terepka, LLP, and its attorney Ryan D. Watstein, as counsel for Defendant in place of EPGD Business Law P.A., and its attorneys including Oscar A. Gomez, Albert D. Sabater, and Carla V. Llaneza, and that EPGD Business Law P.A., and its attorneys be relieved from all further responsibilities to Defendant in this action. The grounds for this Motion are:

    1.    Defendant has retained Watstein Terepka, LLP and its attorney Ryan D. Watstein to serve as their counsel in this matter going forward, and desire that EPGD Business Law P.A., and its attorneys including Oscar A. Gomez, Albert D. Sabater, and Carla V. Llaneza, be relieved as counsel for Defendant, and be relieved of any additional responsibility as counsel of record for Defendant in this action.

    2.    Defendant requests that Ryan D. Watstein of the law firm of Watstein Terepka, LLP be substituted as counsel of record for Defendant for all additional proceedings in this action. Ryan Watstein, a member of the Florida bar will be substituted as Defendant's counsel

with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who will be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

    3. The substitution of counsel for Defendant requested herein will not prejudice Plaintiff or any other party in this action or adversely affect the proceedings in this Court.

    4. All further pleadings and correspondence for Defendant will be directed to Ryan D. Watstein, Watstein Tereka, LLP, 218 Northwest 24th Street, 3rd Floor, Miami, Florida 33127; Telephone: (404) 782-0695; Primary Emails: ryan@wtlaw.com. As reflected below, the undersigned counsel have received the consent of Defendant for the substitution of their counsel as set forth in this Motion. EPGD Business Law P.A. will no longer receive electronic service of papers in these matters.

    4. As required by Local Rule 7.1(a)(2), a proposed Order granting the Defendant's Motion for Substitution of Counsel is attached as **Exhibit A**.

    **WHEREFORE**, the undersigned respectfully request that the Court enter the enclosed Order substituting Ryan D. Watstein of the law firm of Watstein Terepka, LLP as counsel for the Defendant in place of Oscar A. Gomez, Albert D. Sabater, and Carla V. Llaneza of the law firm of EPGD Business Law P.A., and that EPGD Business Law P.A. and its attorneys be relieved from all additional responsibility to Defendant and this Court in this action.

*[Signatures Appear on Following Page]*

By: /s/ *Ryan Watstein*
Ryan D. Watstein, FBN 93945
**WATSTEIN TEREPKA, LLP**
218 Northwest 24th Street, 3rd Floor
Miami, Florida 33127
Telephone: 404-782-0695
Facsimile: 404-418-8307
ryan@wtlaw.com

By:  /s/ *Albert D. Sabater**
Oscar A. Gomez, FBN 58680
Albert D. Sabater, FBN 1051376
Carla V. Llaneza, FBN 1039512
**EPDG BUSINESS LAW P.A.**
777 SW 37th Avenue, Suite 510
Telephone: (786) 837-6787
Facsimile: (305) 718-0687
Email: oscar@epgdlaw.com
Email: albert@epgdlaw.com
Email: carla@epgdlaw.com

* With express permission by Albert D. Sabater

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I filed the foregoing document using the Court's CM/ECF system, which automatically notifies all counsel of record.

/s/ Ryan Watstein
Ryan D. Watstein
