UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22012-BLOOM/Elfenbein

JORDAN THOMAS, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

LIBERTY HOME GUARD LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [32] ("Stipulation"), filed on January 19, 2026. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [32]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-22012-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 20, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record